UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CALLWAVE COMMUNICATIONS, LLC,<br><br>Petitioner,<br><br>v.<br><br>WAVEMARKET, INC. D/B/A LOCATION LABS,<br><br>Respondent.<br>_____/ | No. C 14-80112 JSW (LB)<br><br>**ORDER REGARDING THE POTENTIAL DISCOVERY DISPUTE RAISED DURING THE JANUARY 29, 2015 DISCOVERY HEARING** |

At the January 29, 2015 discovery hearing, counsel raised an issue concerning the procedures to be used during Location Lab's 30(b)(6) deposition. After considering the issue of the deposition procedures further, the court's view is that the potential harm that counsel identified is too speculative for the court to order in advance of the deposition the procedures that Callwave sought. If a dispute or issue arises, the court can address it in context.

**IT IS SO ORDERED.**

Dated: January 29, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 14-80112 JSW (LB)