IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALL WAVE COMMUNICATIONS, LLC,

    Plaintiff,

v.

WAVEMARKET, INC. D/B/A LOCATION LABS,

    Defendant.

                                           /

No. C 14-80112 JSW

**ORDER REGARDING ORDER OF REFERRAL**

On April 21, 2014, Plaintiff Callwave Communications, LLC filed a Motion to Compel Production of Documents. The subject matter of this miscellaneous action is that motion, and the motion was referred to Magistrate Judge Beeler for resolution. The parties have filed a notice of dismissal for Judge Beeler's signature. Accordingly, it is HEREBY ORDERED that this case is referred to Judge Beeler for all purposes. *See* N.D. Civ. L.R. 72-1.

**IT IS SO ORDERED.**

Dated: May 28, 2015

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

cc:      Magistrate Judge Beeler
           Lashanda Scott
           Magistrate Referral Clerk