MARK L. HOGGE (DC Bar No. 404882) (*Pro Hac Vice*)
mark.hogge@dentons.com
SHAILENDRA K. MAHESHWARI (DC Bar No. 484966) (*Pro Hac Vice*)
shailendra.maheshwari@dentons.com
**DENTONS US LLP**
301 K Street, NW, Suite 600
Washington, DC 20004
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

SARAH S. ESKANDARI  (State Bar No. 271541)
sarah.eskandari@dentons.com
**DENTONS US LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
WAVEMARKET, INC.,
D/B/A LOCATION LABS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALLWAVE COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WAVEMARKET, INC. D/B/A LOCATION LABS,<br><br>Defendant. | Case No. 4:14-mc-80112-JSW-LB<br><br>Principal Case Pending in the Delaware District Court<br>Civil Action No. 12-cv-1701-RGA, Associated Case Nos. 12-cv-1702-RGA, 12-cv-1703-RGA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Callwave Communications, LLC ("Callwave") has sued AT&T, Sprint and T-Mobile (the "Carrier Defendants"), three of Location Labs' customers, in the United States District Court for the District of Delaware for patent infringement in the actions entitled *Callwave Communications LLC v. AT&T Mobility*, LLC, et al., C.A. No. 12-1701-RGA, *Callwave Communications LLC v. Sprint Spectrum L.P.*, *Sprint Communications Company L.P. and Google Inc.*, C.A. No. 12-1702-RGA, *Callwave Communications LLC v. T-Mobile USA, Inc., et al.*, C.A. No. 12-1703-RGA (hereinafter referred to as the "Litigations").

In each of the Litigations, CallWave asserted claims for patent infringement (a) of U.S. Patent No. 6,771,970 ("the '970 patent") against Sprint, AT&T and T-Mobile ("the '970 Track"); of U.S. Patent No. 7,907,933 ("the '933 Patent") against Sprint, AT&T and T-Mobile ("the '933 Track"); of U.S. Patent Nos. 8,325,901; 7,636,428; 7,822,188; and, 8,064,588 (the "Call Processing Patents") against Sprint (the "Call Processing Track").

In connection with the '970 Track of the Litigations, Callwave issued a Subpoena to Defendant Wavemarket, Inc., d/b/a Location Labs ("Location Labs") which is the subject of the action before this Court..

Callwave and the Carrier Defendants have stipulated to the dismissal of the '970 Track of the Litigations, rendering the action before this Court related to Callwave's subpoena to Location Labs moot.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE.

Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

- 1 -
Case No. 4:14-mc-80112-JSW-LB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Respectfully submitted,

Dated: May 27, 2015

DENTONS US LLP

By: /s/ Sarah S. Eskandari
Mark L. Hogge
Shailendra K. Maheshwari
Sarah S. Eskandari

Attorneys for Defendant
WAVEMARKET, INC., D/B/A
LOCATION LABS

PEPPER HAMILTON LLP

By: /s/ Gregory S. Bishop
Gregory S. Bishop
William D. Belanger
Noah V. Malgeri
Leah R. McCoy

Attorneys for Defendant
CALLWAVE COMMUNICATIONS, LLC

IT IS SO ORDERED:

Date: May 29, 2015

Honorable Laurel Beeler
United States Magistrate Judge

- 2 -
Case No. 4:14-mc-80112-JSW-LB

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

DENTONS US LLP
525 MARKET STREET 26TH FLOOR
SAN FRANCISCO, CA 94105
(415) 882-5000